UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES | : |
| | : Case No. 20CR128 |
| v. | : |
| BINH TANG VO | : |
| Defendant. | : |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2020

JEFFREY P. COLWELL
CLERK

DEFENDANT'S MOTION FOR LEAVE TO FILE
"MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE"
UNDER SEAL

The petitioner Binh Tang Vo, pro se, respectfully request that this Court permit the under-seal filing under seal of the attached "Motion for Early Termination of Supervised Release" and accompanying documents. This Motion discloses confidential medical information regarding Mr. Vo's wife and as such is a matter that should not appear on the public docket.

An appropriate draft Order is attached hereto.

Dated: September 16, 2020        Respectfully submitted,

                                 [signature]

                                 _____
                                 Binh T.Vo, pro se.
                                 675 S. University Blvd., Apt. 506
                                 Denver, CO 80209
                                 (303) 875-7297
                                 binh_t_vo@yahoo.com

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES | : |
| v. | :    **Case No. 20CR128** |
| BINH TANG VO | : |
| Defendant. | : |

### ORDER

Upon consideration of the Defendant's Motion for Leave to File Under Seal its "Motion for Early Termination of Supervised Release," and the totality of the circumstances in this case, and it appearing that the motion discusses the confidential medical issues of his wife, it is this _____ day of _____, 2020,

ORDERED, that the motion is granted and the Clerk of the Court shall docket the Defendant's Motion for Early Termination of Supervised Release and the Proposed Order, under seal until further Order of the Court.

R. BROOKE JACKSON
United States District Judge

1