```
                                                              FILED
                                                       UNITED STATES DISTRICT COURT
                                                            DENVER, COLORADO
           UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLORADO                       MAR 23 2021

                                                        JEFFREY P. COLWELL
                                                                 CLERK
```

| UNITED STATES | : | |
|---|---|---|
| | | Case No. 20CR128 |
| v. | : | |
| | | |
| BINH TANG VO | : | |
| | | |
| Defendant. | : | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
"UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE"
UNDER SEAL

---

The petitioner Binh Tang Vo, pro se, respectfully request that this Court permit the under-seal filing under seal of the attached "Motion for Early Termination of Supervised Release" and accompanying documents. This Motion discloses confidential medical information regarding Mr. Vo's wife and as such is a matter that should not appear on the public docket.

An appropriate draft Order is attached hereto.

Dated: March 22, 2021                        Respectfully submitted,

                                             [signature]

                                             Binh T. Vo, pro se.
                                             5320 W. Princeton Dr.
                                             Denver, CO 80235
                                             (303) 875-7297
                                             binh_t_vo@yahoo.com

1